affirmed, without costs of this appeal. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur. Settle order on notice before Mr. Justice Rich.

In the Matter of Opening DITMARS AVENUE from Forty-third Street to Astoria Avenue, etc., Borough of Queens, City of New York. Petition of NAVAHOE REALTY COMPANY, Appellant; CITY OF NEW YORK, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion granted with ten dollars costs. We think this case should be distinguished from *Matter of Nunez* (226 N. Y. 246), upon the ground that in that case the conveyance was made after the confirmation of the report of the commissioners, whereas in this case the conveyance was made before such confirmation. The expression of the opinion in that case indicates that the test is the condition at the time of the conveyance, viz.: " Not common ownership thereafter [meaning after confirmation] but common ownership then, [meaning at the time of confirmation] is the tie that links together assessment and award." Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concur.

In the Matter of the Petition of ERNEST HYDE HOLTON and FREDERICK SMITH, Respondents, to Render and Settle Their Account as Executors of GENE C. HOLTON, Deceased. DAISY STANTON HOLTON, Appellant.— Decree of the Surrogate's Court of Kings county modified by fixing the amount of counsel fees at $1,000. The executors' account is surcharged with the sum of $1,000, being the excess paid to the attorneys by the executors over and above the amount of $1,000, which we determine is a just and reasonable charge (*Matter of Meng*, 227 N. Y. 264, 269); and, as so modified, the decree is affirmed, without costs of this appeal. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

C. VICTOR JORDAN, Respondent, v. AMY LOUISE GIBSON NEWLAND, Appellant.— Judgment and order reversed and new trial granted, with costs to abide the event, upon two grounds: (1) That the charge that Sadler was defendant's agent was erroneous; and (2) that the proceedings for the registration of defendant's title, when offered in evidence, conclusively established the line between plaintiff and defendant. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

JOSEPH KAMPNER, Appellant, v. BORDEN'S CONDENSED MILK COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Blackmar, Kelly and Jaycox, JJ., concur; Putnam J., dissents on the ground that the fact that the defendant has been fined for a public nuisance is not irrelevant or redundant in this action at equity.

P. T. MCDERMOTT, INC., Respondent, v. LAWYERS MORTGAGE COMPANY, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs, upon reargument. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

METROPOLITAN SEWING MACHINE CORPORATION, Respondent, v. AMERICAN ANILINE PRODUCTS, INC., Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

METROPOLITAN SEWING MACHINE CORPORATION, Respondent, v. AMERICAN ANILINE PRODUCTS, INC., Appellant. (Appeal No. 2.) — Order affirmed,